Commonwealth ex rel. Reid *v.* Duffey, Appellant.

Argued June 13, 1973. *James E. McErlane*, with him *Lamb, Windle & McErlane*, for appellant; *Thomas M. Twardowski*, with him *Owens & Twardowski*, for appellee.

Order affirmed.